JACQUES ABELOW, Doing Business as ASSOCIATED EXPORT & IMPORT CO., Respondent, v. H. JEROME CHAZEN et al., Individually and as Copartners Formerly Doing Business as H. J. CHAZEN COMPANY, et al., Defendants, and DAVID LEIFER et al., Individually and as Copartners Doing Business under the Name of PUR-LITE PRODUCTS, Appellants.— The application and effect of the

Emergency Price Control statute and regulations to the transactions alleged should await full development of all the facts at trial. Accordingly, without approving conclusory allegations of law alleged in the defense attacked, the order is unanimously reversed, with $20 costs and disbursements to the appellants, and the motion denied. Present — Peck, P. J., Glennon, Dore, Callahan and Van Voorhis, JJ.